## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KAREN ACKER<br>Formerly, KAREN MASSEY, | )<br>)<br>) | |
| Plaintiff, | )<br>) | |
| v. | )<br>) | CASE NO. CIV-04-1161-M |
| PEARSON EDUCATION, INC.,<br>a/k/a PEARSON, INC., a foreign<br>corporation, | )<br>)<br>)<br>) | |
| Defendant. | ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Karen Acker, formerly Karen Massey, and Defendant, Pearson Education, Inc., a/k/a Pearson, Inc., hereby file this Joint Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.Pro. 41(a)(1)(ii).  In support hereof, the parties submit to the Court that they have reached a compromise and settlement of Plaintiff's claims against the Defendant and seek to dismiss this matter with prejudice.

Respectfully submitted,

s/M. DanielWeitman
(signed by filing party w/permission       Douglas J. Shelton, OBA #8161
from Plaintiff's counsel)                          M. Daniel Weitman, OBA #17412
7701 S. Western, Suite 201
Oklahoma City, Oklahoma  73139
Phone:  405/605-8800
Fax:  405/601-0677

ATTORNEYS FOR PLAINTIFF

2

**PHILLIPS MCFALL MCCAFFREY
  MCVAY & MURRAH P.C.**


_____s/Sheila M. Thee_____
William S. Price, OBA #7308
Sheila M. Thee, OBA#18150
One Leadership Square, 12th Floor
211 North Robinson
Oklahoma City, Oklahoma 73102
Phone: 405.235.4100
Fax:    405.235.4133
E-mail: wsprice@phillipsmcfall.com
E-mail:  smthee@phillipsmcfall.com

ATTORNEYS FOR DEFENDANT